No. 88–6487.  GREEN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–6488.  LONGMIRE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 88–6492.  WEISMAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–6495.  ADEYEMI v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–6498.  PACKARD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–1460.  DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. HARGRAVE.  C. A. 11th Cir.  Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 87–2073.  DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. MANN.  C. A. 11th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 88–800.  DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. STONE.  C. A. 11th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 88–1074.  VIRGINIA ET AL. v. STOCKTON.  C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 88–958.  COOPER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.